UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY E. WOODS, | No. C-07-3196 EMC |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. _____/ | |

The Court has reviewed Plaintiff's response to the order to show cause, issued on January 2, 2008. Having reviewed the response, the Court hereby discharges the order to show cause and declines to dismiss the case. The Court further instructs the parties to comply with the procedural order for social security review actions (available at Docket No. 2 in the court file), which lays out the relevant timetable for filing of the administrative record and motions for summary judgment.

IT IS SO ORDERED.

Dated: January 24, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge