JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY E. WOODS, )<br>)<br>    Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____ ) | CIVIL NO. 3:07-cv-3196 EMC<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Parties have agreed to voluntary remand of this case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

      Significant portions of the audio recording of Plaintiff's hearing before the administrative law judge are either inaudible or blank. Consequently, the Commissioner is unable to complete assembly of the administrative transcript. Upon remand, the Commissioner will hold a de novo hearing before an administrative law judge.

\\

| | | | |
|---|---|---|---|
|1| | | |
|2|Dated: _March 25, 2008_| |_/s/ Kenneth J. Collins_|
|3| | |_(As authorized via facsimile on March 25, 2008)_<br>KENNETH J. COLLINS<br>Attorney for Plaintiff|

Dated: _March 25, 2008_                    /s/ _Kenneth J. Collins_
                                                 _(As authorized via facsimile on March 25, 2008)_
KENNETH J. COLLINS
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: _March 25, 2008_        By:    /s/ _Peter Thompson_
PETER THOMPSON
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

DATED:    April 3, 2008

_____
THE HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA